THE HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR18-244RAJ |
| Plaintiff, | ) | |
| v. | ) | ORDER DENYING MOTION TO CONTINUE SENTENCING |
| MARSHALL REINSCH, | ) | |
| Defendant. | ) | |

THE COURT has considered Defendant's Motion to Continue Sentencing, and the file and pleadings herein, and being fully advised,

IT IS ORDERED that Defendant's Motion to Continue Sentencing (Dkt. #30) is DENIED. The sentencing shall proceed as scheduled on December 6, 2019, at 1:30 p.m.

DATED this 2nd day of December, 2019.

_Richard A. Jones_

The Honorable Richard A. Jones
United States District Judge

ORDER DENYING MOTION TO
CONTINUE SENTENCING
(*USA v. Marshall Reinsch*, CR18-244-RAJ) - 1